**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

CHAMBERS OF
**DENNIS M. CAVANAUGH**
JUDGE

THE FRANK R. LAUTENBERG
UNITED STATES POST OFFICE
AND COURTHOUSE BUILDING
NEWARK, NJ 07101
Room No. 451
(973) 645-3574

08-02988 Adv. Proc. F

March 19, 2009

Stephen DiSalvo, CPA
172 Delaware Avenue
Haworth, NJ 07641



Re:   **Stephen DiSalvo v. Borough of Haworth**
      **Docket No. 08-4768 (DMC)**

Mr. DiSalvo:

This letter is in response to your letter dated January 21, 2009, wherein you claim that this Court has taken no action despite the fact that 96 days have elapsed since you filed your Complaint seeking emergent relief. As you were first informed during a phone conversation with my Law Clerk, Jeremy Farrell, your case, originally filed in this Court, has been transferred to United States Bankruptcy Court effective December 9, 2008.

Your case has been assigned Docket Number 08-2988 and will be presided over by the Honorable Donald H. Steckroth, U.S.B.J.

If you have any questions, please contact Judge Steckroth's Courtroom Deputy, Zelda Haywood, at (973) 645-4762, or the Clerk of the Bankruptcy Court at (973) 645-4764.

Respectfully,

Dennis M. Cavanaugh, U.S.D.J.

cc:   Hon. Mark Falk, U.S.M.J.
      ✓Hon. Donald H. Steckroth, U.S.B.J.
      All counsel of record
      File